Decided April 15, 1998

## ALAN SOLOMON ET AL. *v.* WILLIAM C. GILMORE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 80 (AC 16087), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a mortgage loan issued by a lender in violation of General Statutes § 36a-511 is enforceable in a foreclosure action?"

The Supreme Court docket number is SC 15914.

*Lori Welch-Rubin,* in support of the petition.

Decided April 15, 1998